# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM DOOLEY,

        Petitioner

        v.

FLOYD A. TATE JR., BNG LOGISTICS, LLC, AND BNG TRANSPORTATION INCORPORATED,

        Respondents

: No. 483 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Attorney Matthew B. Cole and the law firm Aivazoglou & Mikropoulos's Motion for Leave to Withdraw as Counsel for Appellant is **GRANTED**.